# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| Dylan Eugene Dickens, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:20-cv-01129 UNA |
| ) | |
| Andrew M. Saul, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

## ORDER

The above styled and numbered case was opened on August 24, 2020, and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and assigned to the Honorable John A. Ross, United States District Judge, under cause number 1:20-cv-00182 JAR .

**IT IS FURTHER ORDERED** that cause number 4:20-cv-01129 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: August 25, 2020                          By: /s/ Michele Crayton
                                                                    Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:20-cv-00182 JAR.**