# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| DYLAN EUGENE DICKENS,  )<br>  )<br>　Plaintiff,　)<br>  )<br>v.　)　Case No. 1:20-CV-00182 JAR<br>  )<br>KILOLO KIJAKAZI,　)<br>Commissioner of Social Security,　)<br>  )<br>　Defendant.　)<br>  ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 et seq. (Doc. No. 30). In his motion, Plaintiff requests an award of attorney's fees in the amount of $4,260.00, which amount is based on multiplying 21.3 hours of attorney work by an hourly rate of $200.00. Defendant does not object to Plaintiff's request. (Doc. No. 31).

Upon consideration, the Court finds a fee award of $4,260.00 to be reasonable. Plaintiff has assigned his interest in an EAJA fee award to his attorney (Doc. No. 30-2); however, in accordance with Astrue v. Ratliff, 560 U.S. 586, 589 (2010), an award of attorney's fees under the EAJA belongs to Plaintiff and is "subject to a [g]overnment offset to satisfy a pre-existing debt that the litigant owes the United States."

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorney Fees [30] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Commissioner shall pay attorney's fees under the EAJA in the amount of $4,260.00.

**IT IS FINALLY ORDERED** that Defendant Commissioner shall issue a check for the amount owed made payable to Plaintiff Dylan Eugene Dickens and mailed to Plaintiff's attorney, Karl E. Osterhout, 521 Cedar Way, Suite 200, Oakmont, PA 15139.

Dated this 1st day of June, 2022.

                                                            **JOHN A. ROSS**
                                                          **UNITED STATES DISTRICT JUDGE**

Case: 1:20-cv-00182-JAR   Doc. #:  32   Filed: 06/01/22   Page: 2 of 2 PageID #: 625